**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | |
|---|---|
| SANDRA SIMON, | |
| Plaintiff, | CIVIL ACTION NO.: 2:25-cv-28 |
| v. | |
| WAL-MART STORES EAST, LP, | |
| Defendant. | |

**AMENDED SCHEDULING ORDER**

The parties filed a Join Motion to Extend Written Discovery Deadline.  Doc. 15.  The parties explain they are continuing to engage in written discovery.  Defendant served Plaintiff with written discovery requests on April 1, 2025.  Defendant explains it will not be able to review Plaintiff's responses, identify medical providers, and serve non-party discovery requests within the original written discovery deadline.  The parties request to extend the written discovery deadline to June 15, 2025.  Id. at 2.  The parties ask for all other deadlines to remain the same.  Id.  Upon due consideration and for good cause shown, the Court **GRANTS** the parties' request for extension and enters the following new deadlines.

| EVENT | DEADLINE |
|---|---|
| Written Discovery | June 16, 2025[1] |
| Discovery Deposition of Fact Witnesses | July 1, 2025 |
| Service of Plaintiff's Expert Witness Reports | August 22, 2025 |

---

[1]     Written discovery requests shall be served far enough in advance of this deadline to allow timely responses.

| | |
|---|---|
| Service of Defendant's Expert Witness Reports | September 22, 2025 |
| Discovery Status Report | October 13, 2025 |
| Discovery Status Conference | October 15, 2025 |
| Discovery Depositions of Expert Witnesses | October 22, 2025 |
| All Civil Motions (Including Daubert Motions; Excluding Motions in Limine) | November 21, 2025 |
| Depositions of All Witnesses Taken for Use at Trial | December 22, 2025 |
| Proposed Pretrial Order | January 20, 2026 |

All other deadlines and instructions in the Court's previous Order remain in full force and effect. Doc. 12.

**SO ORDERED**, this 22nd day of April, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA