IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SANDRA SIMON,

    Plaintiff,

v.

WAL-MART STORES EAST, LP,

    Defendant.

CIVIL ACTION NO.: 2:25-cv-28

## AMENDED SCHEDULING ORDER

The parties filed a Joint Motion to Extend Deadlines. Doc. 17. The parties explain they have exchanged written discovery and responded to requests for production of documents and interrogatories. The parties have had difficulty scheduling depositions due to Plaintiff's counsel's leave of absence and an illness in Plaintiff's counsel's family. The parties have agreed to schedule depositions by the end of July. The parties will need additional time to serve written discovery on any providers identified during depositions. The parties request a 60-day extension for all deadlines. Id. at 2. Upon due consideration and for good cause shown, the Court **GRANTS** Plaintiff's request for extension and enters the following new deadlines.

| EVENT | DEADLINE |
| --- | --- |
| Written Discovery | August 18, 2025[1] |
| Discovery Deposition of Fact Witnesses | September 1, 2025 |
| Service of Plaintiff's Expert Witness Reports | October 22, 2025 |

---

[1] Written discovery requests shall be served far enough in advance of this deadline to allow timely responses.

| Service of Defendant's Expert Witness Reports | November 21, 2025 |
| --- | --- |
| Discovery Status Report | December 12, 2025 |
| Discovery Status Conference | December 15, 2025 |
| Discovery Depositions of Expert Witnesses | December 22, 2025 |
| All Civil Motions (Including <u>Daubert</u> Motions; Excluding Motions in Limine) | January 20, 2026 |
| Depositions of All Witnesses Taken for Use at Trial | February 20, 2026 |
| Proposed Pretrial Order | March 20, 2026 |

All other deadlines and instructions in the Court's previous Order remain in full force and effect. Doc. 12.

**SO ORDERED**, this 25th day of June, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA